IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

MIKE J. HUNTER,

        Plaintiff,

vs.                              **Case No. 07-4110-RDR**

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

### O R D E R

This case is now before the court upon defendant's report to the court and motion to dismiss and for entry of judgment. On December 6, 2007 this matter was remanded to defendant for further development pursuant to sentence six of 42 U.S.C. § 405(g). Defendant's motion indicates that a new decision has been rendered by defendant and that no unresolved issues remain for the court's consideration. Therefore, defendant asks that this case be dismissed.

No timely objection has been filed to defendant's motion. Accordingly, the court shall grant the motion and direct that this case be dismissed.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2008 at Topeka, Kansas.

                                        s/Richard D. Rogers
                                        United States District Judge